# UNITED STATES DISTRICT COURT

RECEIVED

for the

Northern District of Ohio

JUN 2 4 2026 12 2 2

U.S. MARSHALS SERVICE
NORTHERN OHIO DISTRICT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:26 cr 00308 |
| Richard Henry | ) | |
| | ) | **FILED** |
| | ) | |

Defendant

JUL 0 8 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Richard Henry                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Conspiracy to Commit Wire Fraud (2 Counts)
18 U.S.C. §§ 1343 and 2 - Wire Fraud (7 Counts)
26 U.S.C. § 7206(2) - Aiding and Assisting in the Preparation of False Tax Returns (2 Counts)
18 U.S.C. §§ 1344 and 2 - Bank Fraud (2 Counts)
18 U.S.C. §§ 1957 and 2 - Engaging in Monetary Transactions in Criminally Derived Property (2 Counts)

Date: 6 23 26

_____
Issuing officer's signature

City and state:     Cleveland, Ohio

Jody Keilson
_____
Printed name and title

---

This warrant was received on *(date)* 6/24/2026, and the person was arrested on *(date)* July 7, 2026
at *(city and state)* Lorain, Ohio

Date: July 7, 2026

_____
Arresting officer's signature

Cameron Musser, Special Agent
_____
Printed name and title